**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

**FILED**

JUN 1 4 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-7-H-SEH |
| Plaintiff, | |
| vs. | ORDER |
| CHASE RYAN STORLIE and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

Upon petition of J. Thomas Bartleson, Assistant United States Attorney for the District of Montana, and good cause appearing therefor,

ORDERED:

The Clerk of this Court shall issue a Writ of Habeas Corpus, ad testificandum, directing the Sheriff, Lewis and Clark County Detention Center, and the United States Marshal for the District of Montana, to produce ADAM FREEMAN before the above-entitled Court at the Paul G. Hatfield Courthouse in Helena, Montana, at 8:45 a.m. on the 17th day of July, 2017, and ADAM

1

to the Lewis and Clark County Detention Center upon conclusion of all

proceedings.

DATED this _14th_ day of June, 2017.

_Sam E. Haddon_

SAM E. HADDON
United States District Court Judge