

FILED

JUL 10 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-07-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JEFF ALLEN TRASK, CHASE RYAN STORLIE, HECTOR RICARDO GONZALEZ, and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

The United States has filed an unpposed motion "for an order unsealing the superseding indictment and arrest warrant for defendant Chase Ryan Storlie."[1]

The redacted Superseding Indictment is filed in the public record.[2]

---

[1] Doc. 143 at 1.

[2] Doc. 88.

The United States' Unopposed Motion to Unseal Superseding Indictment and Arrest Warrant[3] is GRANTED in PART as follows:

ORDERED:

The Clerk of Court is directed to unseal the Arrest Warrant[4] for Defendant Chase Ryan Storlie.

DATED this 10th day of July, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 143.

[4] Doc. 99.