**FILED**

SEP 1 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-7-H-SEH |
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| JEFF ALLEN TRASK, CHASE RYAN STORLIE, HECTOR RICARDO GONZALEZ, and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

This matter comes before the Court on the United States' Motion for

Preliminary Order of Forfeiture.   Defendant Jeff Allen Trask appeared before the

Court on June 5, 2017, and entered a plea of guilty to Conspiracy to Distribute and

Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §

846 (Count I).   He also admitted the forfeiture allegation and submitted a signed

stipulation of forfeiture.   Defendant Hector Ricardo Gonzalez appeared before the

Court on June 9, 2017, and entered a plea of guilty to Conspiracy to Distribute and

Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 (Count I of Superseding Indictment).   He also admitted the forfeiture allegation and filed a signed stipulation of forfeiture.   Defendant Christian Jesus Ruiz appeared before the Court on August 28, 2017, and entered a plea of guilty to Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A) & (2) (Count III of Superseding Indictment).   He also admitted the forfeiture allegation and filed a signed stipulation of forfeiture. Defendant Chase Ryan Storlie appeared before the Court on August 28, 2017, and entered a plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 (Count I of the Superseding Indictment).   He also admitted the forfeiture allegation and filed a signed stipulation of forfeiture.   The pleas of defendants Trask, Gonzalez, Ruiz, and Storlie provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

IT IS ORDERED:

THAT Defendants' interest in the following property is forfeited to the United States in accordance with U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

| MT DCI Investigation Number | Item Description |
|---|---|
| N3-17-01-09 | DPMS AR-15 rifle, S/N FFH063536 |
| N3-17-01-09 | Fabrique National 9mm semi-automatic pistol, S/N 37063 |
| N3-17-01-03 | Bushmaster AR15 .223 rifle, S/N BFI436878 |
| N3-17-01-03 | Colt MK IV 80 Officer ACP .45 caliber pistol, S/N FA28824 |
| N3-17-01-10 | Taurus PT 840 .40 caliber pistol, S/N SJN82358 |

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

3

FURTHER, THAT the forfeiture allegation as to the following property is

DISMISSED:

| MT DCI Investigation Number | Item Description |
| --- | --- |
| N3-17-01-10 | CZ75 BD Police 9mm Luger, S/N B468667 |

DATED this _11th_ day of September, 2017.

SAM E. HADDON
United States District Court Judge

4