IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| UNITED STATES OF AMERICA, | CR 17-7-H-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHASE RYAN STORLIE, | |
| Defendant. | |

Before the Court is the United States' Notice of Intent to Request Redaction (Doc. 266), which—in light of the proposed order attached to the notice—the Court construes as a motion for leave to file a redaction request.

So construed, IT IS ORDERED that the motion (Doc. 266) is GRANTED. The United States may file its request to redact from the sentencing transcript full names and to replace the redacted names with initials.

DATED this 3rd day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-